IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 16-95 |
| v. ) | |
| ) | Judge Cathy Bissoon |
| BRAD TROUP, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant's Motion (Doc. 120) for compassionate release, based on Covid-19 related health concerns, will be denied.

Although Defendant claims to suffer a "documented history of obesity" and high cholesterol, the records he has submitted to not appear to confirm the same. Even were the conditions documented, the Court is required to balance them with the factors resulting in Defendant's original sentence, pursuant to 18 U.S.C. § 3553.

The Court finds release unjustified given the nature, circumstances and seriousness of Defendant's offense, and the needs for just punishment and deterrence. In simplest terms, Defendant's drug-related criminal activity resulted in the death of an overdose-victim. One may speculate that, had the victim not acquired controlled substances from Defendant, he would have acquired them from some other source. The fact remains, however, that the victim's death was a direct result of Defendant's criminal activity; and, in the Court's view, the risk that Defendant's conduct imposed on his victim is no less consequential, and worthy of consideration, than the risks he presently faces from his resulting custodial-sentence. The victim's family has echoed these sentiments. *See* Ltr. opposing release (Doc. 139-1).

Having weighed the specific facts and circumstances regarding Defendant, vis-à-vis Covid-19 − along with all of the considerations in Section 3553 – the Court cannot agree that release is warranted.  For these reasons, along with the others identified in the government's opposition (Doc. 139), Defendant's Motion (**Doc. 120**) for compassionate release is **DENIED**.

IT IS SO ORDERED.


February 1, 2021                                              s\Cathy Bissoon
                                                              Cathy Bissoon
                                                              United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

Brad Troup
15191-028
FCC-Allenwood 10W
P.O. Box 1000
White Deer, PA  17887